# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellant,

v

TIMOTHY MATTHEW PARKER,

      Defendant-Appellee.

FOR PUBLICATION
May 25, 2017

No. 335541
St. Clair Circuit Court
LC No. 2016-001135-FH

Before: RIORDAN, P.J., and RONAYNE KRAUSE and SWARTZLE, JJ.

RONAYNE KRAUSE, J. (*concurring*).

      I concur in result only.

                                        /s/ Amy Ronayne Krause